AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Johnny Cyrus #49940-053

Plaintiff

V.

FMC Devens, Warden, ~~[redacted]~~
David L. Winn et al.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 03CV40231NMG
Referred to MJ RBC

I, __Johnny Cyrus__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FMC Devens, P.O. Box 879, Ayer, MA 01752__

   Are you employed at the institution? __N/E__    Do you receive any payment from the __N/A__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Statement

| Inmate Reg #: | 91466053 | Current Institution: | Devens FMC |
| Inmate Name: | ORTIZ, JOHN | Housing Unit: | D |
| Report Date: | 09/08/2003 | Living Quarters: | N01-124L |
| Report Time: | 1:05:23 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/19/2003 9:56:59 AM | | | | Conversion | $0.85 | | $0.85 |
| DEV | 6/21/2003 12:58:28 PM | D0001 - 1 | | | Debt Encumbrance | | $(0.85) | ------ |
| DEV | 8/21/2003 12:34:57 PM | 1 | | | Sales | $0.00 | | $0.85 |

Total Transactions: 3

| | | | | Totals: | 0.85 | (0.85) | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|
| DEV | $0.00 | $0.00 | $0.85 | $0.00 | $0.00 | $0.00 | $0.85 |
| Totals: | $0.00 | $0.00 | $0.85 | $0.00 | $0.00 | $0.00 | $0.85 |