FMC Devens
P.O. Box 879
Ayer MD 01432

September 11, 2003

U.S. District Court
Office of the Clerk
1 Courthouse Way Suite 2300
Boston MA 02210

Dear Court Clerk, The Staff, members Here, At FMC Devens, Refuse to give me, No administritive Remedy as Tort Clainm er 1983. So I made one up (1983) what I Can Remember thats, on them (1983) they Have me, on Paper and pencil Restriction, so I Can not write about what they are doing to me in here. I am using every, Papers, I Can find. Legal or what ever, To write on. I have to, sneak these letters out by the Orderly, when the come, to work, in Segregate (SHU) and give my ho pen back! So I, hope your, office get this Letter. I don't know when they are, going to let me out SHU I mean (FCO) Mental Health unit. Anyway, this Retaliation and harresment That, I Am Receiving, From Staff, At FMC Devens, will not, Stop until they murder, me in here. There is, Nothing I can do, about it, At All. the Last Time, I was Beat up and cover up, By A Staff members I suit, the warden Winn. Intenal Affairs moved, the officers out of the Jail, Away from me. But I am still Catching Hell, As you, Can see, when you Read, the complaint, I have wrote.

I hope you, Can help me

P.S. All of My Pending
Cases is on the
Back of this Paper.
(OVER)

Johnny Chris
94975858



**Case Name: Cyrus v. Fernandez, et al**

(1)

**Case Number: 4:03-cv-40083** – WGY.

Johnny Cyrus
FMC Devens
P.O. Box 879
Ayer, MA 01432

(2) CYRUS V. WINN
    C.A. NO. 02-40095-WGY

(3) CYRUS V. WINN, et al
    C.A. NO. 03-40134-GAO

All of These CASe ARe
Still ▮▮▮ pending.

(4) CYRUS V. USA

    01-CV-5295(ARR)

(5) CYRUS V. ZENK, et, al,
    C.A. NO CV-02-6476-(ARR)