42 USC Section 1983
U.S. District Court
District of Massachusetts

Johnny Cyrus #49466-053
V. Plaintiff

JURY TRIAL
(yes)

FMC Devens; Warden David L. Winn
Captain, Belinger
Lieutenant Taylor
Unit Manager, V. Fernandez
Correctional Officer, T. Coger
Correctional Officer, D. Gill

Defendant:

Johnny Cyrus #49466-053 Federal Medical Center, P.O. Box 879 Ayer, MA 01432
(Plaintiff)

Defendant: Captain Belinger, employed as The Captain At FMC Devens, P.O. Box 879 Ayer, MA 01432

Def: Lieutenant Taylor, employed as The Lieutenant At FMC Devens P.O. Box 879 Ayer MA 01432

Def Correctional Officer T. Coger employed as Correctional Officer at FMC Devens, Ayer, MA 01432

Def C.O. D. Gill employed as Correctional Officer At FMC Devens Ayer, MA 01432

[illegible] Claim
([illegible])

[illegible]

## Statement of Fact

ON August 16, 2003 AT [illegible] [illegible] Unit Manager V. Fernandez, made up False Report [illegible] to S.H.U. Segregation and has been tampering with my Legal mail Ingoing and outgoing, and interfering with due process, By lying To magistrate Judge Lois Bloom on Aug 19, 2003 and U.S. Attorney. Telling them That I was on A Hunger Strike And couldn't come to my [illegible] conference at [illegible] which was a lie! This is all in Retaliation and harassment Because of the Complaint I filed. Cyrus V. Fernandez et. al. 4:03-40083-WGY

Rafeal [illegible]

I get (S.H.U.) Segregation, the staff don't have a handicap cell For me, they are full up. The staff takes me, To A mental Health Unit, Segregation, That had a handicap cell. These Inmates are going crazy in here, Screaming, banging, yelling, moaning, [illegible] all [illegible] long (This is mental anguish)

On August 18, 2003, I was Deliberately moved out of my Handicap cell, To A non-handicap cell, order By the warden Winn, Because of the C.A. No. 03-40095-WGY Cyrus v. Winn et al. Then the Captain Belinger put me on paper and pencil Restriction. So I can not write to anyone About what they are doing to me. I ask the officer J. Smith, why is he doing This to me, he [illegible] the orders, came from the warden and the Captain [illegible] [illegible] I am only doing what I am told! This is Deliberate indifference, Retaliation.

[illegible] in the [illegible] I fell three times trying to use the toilet, I injured my neck, lower back, hand and wrist. Medical [illegible] no X-rays at all. They [illegible] a neck brace, back brace, bedpan, urinal bottle. In my medical records it states I must be in a handicap cell. I have been in a wheelchair and handicapped cells for (7) seven years now. The staff [illegible] is cruel and unusual punishment. The doctors tell me they can't over rule the warden or the captain regardless of my medical condition.

On August 22, 2003 Lieutenant Taylor came into my cell in M.H.U. and stated This Nigger is a Fucking Animal. When he saw the feces on the floor. [illegible]

On August 25, 2003 8 to 4 shift [illegible] officer D. Gill threatened me by saying he is going to come in my cell and [illegible] my face in my bedpan (that has feces [illegible]) then put my face in the toilet [illegible] if you don't clean it up. This is [illegible]

ON Aug [illegible] and [illegible] handcuffs [illegible] on. I [illegible] what [illegible] the [illegible] told the [illegible]. I [illegible] it was a setup. Because the nurse never said a [illegible] at all. I am [illegible] for my [illegible] I [illegible] trust the staff [illegible].

ON September 6, 2003 about 6 pm in [illegible] Officer [illegible] Booger, Bang on my cell [illegible] and [illegible] his [illegible] you still [illegible] want them [illegible] with Back! I [illegible] what [illegible] have to [illegible] Suck my Dick [illegible] you [illegible], and [illegible] walk away. The [illegible] and he said. I wrote him up To internal Affairs, civil Rights [illegible] For Sexual harassment. This is the [illegible]

ON September 11, 2003 I found [illegible] in my Rice and [illegible] [illegible], [illegible] through me [illegible]. I [illegible] to call.

RETALIATION - Deliberate Indifference - Threatening Bodily Harm - Cruel and Unusual Punishment - Sexual Harassment - Making Raical Comments - Pain and Suffering - Raical Disc. Mental Anguish - ABuse of Authority - Conspiracy.

Sept 11 2003
Date

Johnny Sykes
Johnny Sykes
11194 055

Copies File: Office of Inspector General
Wash D.C. 20530
Dept of Justice
Special Agent Tom Hopkins
Wash DC 20534

Internal Affairs
Special Agent Chapman
Wash DC

Civil Right Division
Dept of Justice
Wash DC

Regional Director
BOP
Philadelphia PA

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

Copy

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WARDEN WINN OR SIA, SIS | DATE: September 15, 2003 |
|---|---|
| FROM: CYRUS J. | REGISTER NO.: 79460053 |
| WORK ASSIGNMENT: M. U. | UNIT: N-1 - 124 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Am Being harassed, By your staff, ON All work shift. (1) ONE in the morning, my Bright light, is turn on And the officer Bangs on the door, And Screams "CYRUS you Rat Bastard. And This is All morning long. I seen, 2 or 3 Officers Faces, who Be doing this. Don't Know, there NAMES, they work on 12 to 8 AM. ON 8 to 4 pm, Officer Scott, Kicks my door Real hard And walk Away. ON 4 to 12 AM Officers, Smith And mendez And Another Officer Flashs the Bright lights, on + off, About 15 to 20 times And start laughing And walk Away And Leave it on. this is, All night long. I see this harassment is not going to stop. I Fear For my Safety - Since, Sept 2, 2003, when SIA, SIS, Brown And Pittman Came to See me, in M.H.U. (N1). Now I Am getting more harassment

(Do not write below this line)

DISPOSITION: From staff in (N-1) I Found Spit in my Rice And Greens And A Finger hole through my Breads. I Am Afraid to Eat. Officer Scott, is one of the staffs, thats Tampering with my Food Trays. I hope, Someone Can help me, with these problems.

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

