UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Johnny Cyrus
    Plaintiff

v.

David L. Winn, et al
Warden

Bollinger,
Captain

Taylor,
Lieutenant

Veronica Fernandez,
Unit Manager

T. Coger,
Correctional Officer

D. Gill,
Correctional Officer

## PRISONER FILING COMPLAINT UNDER CIVIL RIGHTS ACT, 42 U.S.C. §1983

**Now comes**, Johnny Cyrus, Plaintiff, acting Pro Se, hereafter filing complaint under 42 U.S.C. §1983 Civil Rights Act, prisoner incarcerated at F.M.C. Devens Prison, located at P.O. Box 879, Ayer, Massachusetts 01432-0879.

Defendant(s) David L. Winn, et al employed as Warden at F.M.C. Devens Prison with Bollinger, employed as Captain, Taylor employed as Lieutenant, Veronica Fernandez, employed as Unit Manager, and T. Coger and D. Gill, employed as Correctional Officer(s) at F.M.C. Devens Prison, located at P.O. Box 879, Ayer, Massachusetts 01432-0879.

## AMENDED COMPLAINT
## STATEMENT OF FACTS

On August 16, 2003 at 12:00pm, F.M.C. Devens, Unit Manager Veronica Fernandez, filed a false report to have Petitioner sent to SHU segregation in retaliation for filing a complaint against her and other staff, 03-40083-WGY, to stop Petitioner from receiving telephone conference call on August 19, 2003 with Magistrate Judge Lois Bloom and U.S. Attorney from District court, E.D.N.Y..

The Judge was informed that the Petitioner was on a hunger strike, which was a lie to prevent Petitioner due process, Ms. Fernandez has been tampering with the Petitioner's legal mail in and out going Petitioner mail is always opened even if it is clearly marked with "open in presents of inmate".

Petitioner is in SHU segregation in a non-handicap cell and then Petitioner is transfer to MHU segregation to a handicap cell that is not set up for handicap use, the other inmates keep screaming, and banging all night long causing the Petitioner mental anguish.

On August 18, 2003 Petitioner was deliberately moved out of the handicap cell to a non-handicap cell under the orders of Warden Winn retaliation for Petitioner's civil action 02-40095-WGY, the Petitioner was put under paper and pencil restriction no incoming or outgoing mail when Petitioner requested the reason Petitioner was told it was ordered by Captain Bollinger and Warden Winn, Correctional officer J. Smith told the Petitioner that "the Warden and the Captain said don't give you nothing, I'm doing what I'm told.

The Petitioner is unable to use the toilet, shower and is forced to sleep on the floor, this is deliberate indifference, retaliation,

-2-

and harassment by the staff under the direction of the Warden, Petitioner fell three times trying to use the toilet, injurying his head, neck, lower back, shoulder, hand and wrist in the process.

Petitioner was given a neck brace and a back brace with a bed pan and urinal bottle, in Petitioners medical records it states that must be in a handicap cell.

Petitioner has been in a wheelchair and a handicap cell for seven years and now Petitioner is placed in a non-handicap cell, this is cruel and unusual punishment, Petitioner spoke with the Doctors who say there is nothing they can do about the treatment by the staff if Warden Winn allow this action, they are unable to move me their hands are tied, they cannot over rule the Warden's orders.

On August 22, 2003 Lieutenant Taylor came to the Petitioners handicap cell in MHU and stated "this nigger is a fucking animal" after seeing the waist on the floor from when Petitioner tried to make it to use the toilet in a non-handicap cell, inmate Andrew Rogers #07967-007 heard the statement made by Lieutenant Taylor as he was going by the cell and Lieutenant Taylor was taking photos of the cell.

On August 25, 2003 on the 8:00 to 4:00pm shift Correctional officer D. Gill threaten Petitioner stating he was going to come in my cell and slam my face in the bed pan, then you will clean up you asshole.

On August 30, 2003 4:00 to 12:00am shift two Correctional officers and a Nurse, came in the Petitioners cell telling the Petitioner to come to the door and be handcuffed the Petitioner requested what for the officer stated to take the Petitioner to an outside hospital,

the Nurse never made any statement, the Petitioner then refused to go anywhere in fear, the Correctional officers then came in the Petitioners cell and then handcuffed the Petitioner but didn't take the Petitioner any where, Petitioner's last blood pressure check was 157/100 which is not to high for the Petitioner.

On September 6, 2003 about 6:30pm in MHU Correctional officer T.Coger banged on the Petitioners cell and stated "hay Cyrus still want them mackeral fish, back, I told you what you have to do, suck my dick good, you fag" and then he started laughing and walking away, Petitioner wrote up the incident to Internal affairs, Regional Director civil rights division, department of justice, this is the second time Correctional officer T. Coger has made sexual harassment remark to the Petitioner.

On September 11, 2003 Petitioner found spit in the food that was being served to him and a finger hole in the bread and refused to eat it.

This is ongoing retaliation by staff under the direction of the Warden of F.M.C. Devens that has allowed the harassment and threats by staff.

The Petitioner is in fear for his life caused by retaliation, harassment, cruel and unusual punishment, abuse of authority and pain and suffering.

On September 29, 2003 at 11:00am Warden Winn came to Petitioners cell and stated "listen shithead, I don't give a flying fuck who is tempering with your food, I don't give a shit, if you don't eat at all you can die for I care and I am going to keep your ass in segregation MHU for the rest of you time here until 2011." he went on to say "This is my jail I don't care who you write too, who is going to take your word over mine anyway, your a fucken inmate, your going to wish

you never tried to suit me shithead, the Petitioner tried to give the Warden a request form informing him of the tampering with the Petitioners food.

The Petitioner is in fear for his life while he is incarcerated at F.M.C. Devens and fears that there is no protection.

## CONCLUSION

With all that is herein the petitioner ask this Honorable Court to set forth an investigation on allegations and remove the Petitioner from F.M.C. Devens for protection and allow the Petitioner to move forward with civil action against the Warden and staff herein.

_/s/ Johnny Cyrus #49400-053_