UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cyrus,
        Plaintiff

                                            CIVIL ACTION
    v.                              NO. 03-40231-FDS
                                                  03-40244-FDS
FMC, Devens and Winn,
        Defendant

## ORDER OF DISMISSAL

**SAYLOR, D.J.**

    Plaintiff not having complied with this Court's Procedural Order of 5/20/04, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                    By the Court,

    7/21/04                                      s/ Martin Castles
     Date                                        Deputy Clerk
                                                  508-929-9904

(Dismendo.ord - 09/92)